In the Matter of the Arbitration between MEALPACK, INC., Appellant, and GENERAL AIRCRAFT CORPORATION, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SELIG LENEFSKY, on Behalf of Joseph Asch, Appellant, against HARRY T. ASHWORTH, as Warden of the Penitentiary of the City of New York, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

THOMAS F. CANNON, Doing Business as H. H. CANNON PLASTICS, Respondent, v. LOUIS DEUTSCH, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

JOSIAH H. BRONSON, Respondent, v. FRANCIS H. ROBINSON et al., Defendants, and WALTER J. ELLISON, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See post, p. 893.]

JACK L. FEINER, Appellant, v. NORTHWESTERN SUPPLY CO., INC., Respondent. Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

EDWARD J. SKROD, Respondent, v. FRANK MARTORELLA, Appellant.— Order, so far as appealed from, unanimously modified by denying the motion to strike out the first defense to the first cause of action, and, as so modified, affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See post, p. 840.]

EDWARD J. SKROD, Respondent, v. FRANK MARTORELLA, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See post, p. 840.]

SUPERIOR SEATING COMPANY, INC., v. LOUIS W. ABRONS et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ. [See ante, p. 756.]

K. BERNARD WEISSMAN et al., Copartners Doing Business under the Name of WEK SALES COMPANY, v. EDWARD S. BIRN, an Individual Trading as E. S. BIRN Co.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Glennon, Dore, Callahan and Peck, JJ. [See ante, p. 757.]

In the Matter of the Arbitration between LEE SHUBERT et al., Doing Business under the Name of S. O. COMPANY, and BURTON LANE.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Dore and Callahan, JJ. [See 269 App. Div. 1015.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CENTRAL PARK PLAZA CORPORATION against WILLIAM S. MILLER et al., Constituting the Tax Commission of the City of New York. [300 Central Park West, Borough of Manhattan.] — Motion for leave to appeal to the Court of Appeals or for a reargument denied, with $10 costs. Present — Martin, P. J., Dore, Cohn and Peck, JJ. [See 269 App. Div. 1021.]

In the Matter of the Accounting of CONRAD S. KEYES, as Executor of AXEL JOSEPHSSON, Deceased. MARY H. CULBERTSON, as Administratrix with the Will Annexed of the Estate of DORIS STURGES, Deceased.— Motion for leave to